**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

Attorneys for Plaintiffs,
PEDRO MENDOZA and
PHYLIS EILEEN CARMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA and PHYLIS EILEEN CARMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 5:21-cv-00098-JWH-KK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

　　　Plaintiffs Pedro Mendoza and Phylis Eileen Carman (together, "Plaintiffs") hereby voluntarily dismiss this action against Wells Fargo Bank, N.A. ("Defendant"), in its entirety, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has neither answered Plaintiffs' Complaint nor filed a motion for summary judgment. Therefore, the Court may proceed to dismiss the above-captioned action without

prejudice and without a court order.

Dated: August 20, 2021  KAZEROUNI LAW GROUP, APC

By  *s/ Jason A. Ibey*
JASON A. IBEY

Attorneys for Plaintiffs,
PEDRO MENDOZA and
PHYLIS EILEEN CARMAN

